LAW OFFICES OF WILLIAM WEBB FARRER
William Webb Farrer (SBN 095276)
100 Smith Ranch Road, Suite 107
San Rafael, CA 94903
wwfarrer@farrerlaw.org
(415) 578-2102
(415) 578-2104 (fax)

Attorneys for Defendant / Appellant
UPTOWN THEATRE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>BR FESTIVALS, LLC, a California limited liability company,<br><br>    Debtor.<br><br>BR FESTIVALS, LLC,<br><br>    Plaintiff/Appellee,<br><br>vs.<br><br>UPTOWN THEATRE, LLC,<br><br>    Defendant/Appellant. | USDC 15-CV-00174-JST<br><br>USBC 14-10175<br><br>USBC APN 14-01044<br><br>[~~PROPOSED~~] ORDER MODIFYING BRIEFING SCHEDULE |

Pursuant to the Stipulation of Defendant/Appellant Uptown Theatre, LLC ("UT") and Plaintiff/Appellee BR Festivals, LLC ("BRF"), by and through their respective counsel of record to modify the briefing schedule and good cause appearing thereon, appellant's opening brief will be due on February 26; appellee's answering brief will be due on March 19; and appellant's reply brief will be due on April 2, 2015.

**IT IS SO ORDERED**.

February _5_, 2015

_____
Hon. Jon S. Tigar
United States District Judge

IT IS SO ORDERED
Judge Jon S. Tigar

[~~Proposed~~] Order Modifying Briefing Schedule (1460/P010.WWF)    1