LAW OFFICES OF WILLIAM WEBB FARRER
William Webb Farrer (SBN 095276)
100 Smith Ranch Road, Suite 107
San Rafael, CA 94903
wwfarrer@farrerlaw.org
(415) 578-2102
(415) 578-2104 (fax)

Attorneys for Defendant / Appellant
UPTOWN THEATRE, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>BR FESTIVALS, LLC, a California limited liability company,<br><br>   Debtor.<br>_____<br>BR FESTIVALS, LLC,<br><br>   Plaintiff/Appellee,<br><br>   vs.<br><br>UPTOWN THEATRE, LLC,<br><br>   Defendant/Appellant.<br>_____ | USDC 15-CV-00174-JST<br><br>USBC 14-10175<br><br>USBC APN 14-01044<br><br><br>**[PROPOSED]** ORDER MODIFYING BRIEFING SCHEDULE |

Pursuant to the Stipulation of Defendant/Appellant Uptown Theatre, LLC ("UT") and Plaintiff/Appellee BR Festivals, LLC ("BRF"), by and through their respective counsel of record to modify the briefing schedule and good cause appearing thereon, the deadline for dismissing this appeal and otherwise fulfilling the terms of the Bankruptcy Court approved settlement agreement between them be extended for a period of one month or until April 30, 2015

**IT IS SO ORDERED**.

March 19, 2015

_____
Hon. Jon S. Tigar
United States District Judge

[Proposed] Order Modifying Briefing Schedule (1460/P015.WWF)                                                1